◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND ROUSE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Curci, J.), rendered June 11, 1984, convicting him of grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewed in a light most favorable to the People *(see, People v Shapiro,* 117 AD2d 688, *lv denied* 67 NY2d 950; *People v Bauer,* 113 AD2d 543, 548, *lv denied* 67 NY2d 648, *and* 67 NY2d 880), the evidence was legally sufficient to establish that the defendant stole property from the person of the complainant (Penal Law § 155.30 [5]). Moreover, upon the exercise of our factual review power we are satisfied that the evidence was of sufficient quality and quantity to establish the defendant's guilt beyond a reasonable doubt (CPL 470.15 [5]). Thompson, J. P., Brown, Niehoff and Rubin, JJ., concur.